IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

ISAAC ANTONE,

                Defendant.

ORDER

14-po-008-slc

---

On October 23, 2014, the court accepted defendant Isaac Antone's guilty plea to operating after revocation–2nd and sentenced the defendant.

IT IS ORDERED that defendant Isaac Antone shall pay a fine of $275 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than December 22, 2014. A $10 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

Entered this 27th day of October, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge